IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DUKHAN MUMIN, <br><br> Petitioner, <br><br> vs. <br><br> TODD WASMER, Warden of the Tecumseh State Correctional Institution, <br><br> Respondent. | **8:20CV117** <br><br> **ORDER** |

This matter is before the court on Plaintiff's Motion for Leave to Appeal in Forma Pauperis (Filing No.14). Plaintiff filed a Notice of Appeal on June 8, 2020 (Filing No. 13). Plaintiff appeals from the court's Judgment dated May 26, 2020 (Filing No. 12). Upon review of Plaintiff's Motion for Leave to Appeal in Forma Pauperis, the court finds Plaintiff is entitled to proceed in forma pauperis on appeal.

IT IS ORDERED that:

1. Plaintiff's Motion for Leave to Appeal in Forma Pauperis (Filing No. 14) is granted.

2. The clerk's office is directed to provide the Eighth Circuit Court of Appeals with a copy of this order.

Dated this 9th day of June, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge